STEPHEN B. PALMER III *v.* HARTFORD NATIONAL BANK
AND TRUST COMPANY ET AL., TRUSTEES (ESTATE
OF WILLIAM N. PALMER)

CAROL R. PALMER ET AL. *v.* HARTFORD NATIONAL BANK
AND TRUST COMPANY ET AL., TRUSTEES (ESTATE
OF WILLIAM N. PALMER)

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued December 10—decided December 11, 1968

*John C. Dennis,* for the appellants (defendants) in each case.

*James O. Shea,* for the appellees (plaintiffs) in each case.

PER CURIAM. The appeal in each case is dismissed for lack of jurisdiction in that the judgment appealed from is neither a complete nor a final judgment.